IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLENE ALEXANDER,<br>    Plaintiff | : CIVIL ACTION<br>:<br>: |
| v. | :<br>: |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br>    Defendant | : No. 07-4913<br>:<br>:<br>: |

## ORDER

ANITA B. BRODY, J.

AND NOW, this 27th day of August, 2008, upon consideration of the parties' briefs in regards to Plaintiff's motion for summary judgment, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. This matter is REMANDED to the Commissioner for review consistent with this report and recommendation.

BY THE COURT:

_____
ANITA B. BRODY, J.
UNITED STATES DISTRICT JUDGE

Copies via ECF on 9/ to:   Copies via US Mail on to: